UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 7

Dominick T. Santini, III and
Barbara J. Santini

                                                                    Case No. 13-35582 (CGM)


                       Debtor(s).
-----------------------------------------------------------x

# LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

20 Dover Kill Road, Port Jervis, NY 12771


The Bank of New York Mellon Trust c/o BSI Financial Services


400 East Royal Lane, Suite 290, Irving, TX 75039          Loan No. 7600010657




**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.


Sign:  /S/                    /S/                              Date: April 16, 2013

Print Name:           Dominick T. Santini, III            Barbara J. Santini

Telephone Number:         (845)

E-mail address (if any):      victoriabcampbell@yahoo.com